Sue E. BUSKE, Respondent,

v.

MN DEPARTMENT OF HUMAN
SERVICES, self-insured,
Relator,

and

Mayo Foundation, Intervenor.

No. C9–99–2052.

Supreme Court of Minnesota.

Feb. 18, 2000.

Jeffrey James Lindquist and Peter Pustorino, Pustorino, Tilton and Parrington, P.A., Minneapolis, for relator.

Charles A. Bird, Rochester, for respondent.

Brian W. Rotty, Rochester, for intervenor.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed November 5, 1999, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $400 in attorney fees.

BY THE COURT:
/s/ Paul H. Anderson
Associate Justice